UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>*Steve Cooyen*<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 03-508-M —CR3-308<br><br>NOTICE OF DELIVERANCE<br>AND RECEIPT OF PASSPORT<br>AND ABSTRACT OF COURT ORDER |

TO:    DEPARTMENT OF STATE
OFFICE OF CITIZENSHIP APPEALS & LEGAL ASSISTANCE
1425 "K" STREET, N.W. ROOM 300
WASHINGTON, D.C. 20522-1705

Pursuant to Order of Court signed by _____Johnson_____ in the above-entitled case,

Passport Number ████████, issued at _Passport Agency Washington_ on

_17 APR/AVR 96_, to the above-named defendant, was surrendered to the custody of the Clerk of

Court on _March 14, 2003_ and the defendant is **not** to apply for the issuance of a passport during the

pendency of this action.

The subject passport bears the following additional information regarding the bearer:

Date of Birth: _27 JAN/JAN 68_          Place of Birth: _California, USA_

CLERK, U. S. DISTRICT COURT

Date: _March 14, 2003_          By: _M Boone_
                                             Deputy Clerk

Distribution of Notice: Original to Dept. of State; one copy to file; one copy to deft. and one copy to be kept with passport.

### RECEIPT

This will acknowledge receipt of Passport Number _____ previously surrendered to the Clerk
of Court pursuant to a prior Order of Court.

Date: _____

Document used for identification purposes:          *SIGNATURE OF OWNER OF PASSPORT*

_____

Distribution of Receipt: Original to case file; copy to Passport Agency; copy to defendant, if requested.

**CR-97 (10/97)        NOTICE OF DELIVERANCE & RECEIPT OF PASSPORT/ABSTRACT OF COURT ORDER**