UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    PLAINTIFF<br>v.<br><br>Steve Gooyen,<br>                    DEFENDANT(S). | CASE NUMBER<br>CR 03-508 M — CR 3-308<br><br>NOTICE OF DELIVERANCE<br>AND RECEIPT OF PASSPORT<br>AND ABSTRACT OF COURT ORDER |
|---|---|

TO:   DEPARTMENT OF STATE
      OFFICE OF CITIZENSHIP APPEALS & LEGAL ASSISTANCE
      1425 "K" STREET, N.W. ROOM 300
      WASHINGTON, D.C. 20522-1705

Pursuant to Order of Court signed by __Johnson__ in the above-entitled case, Passport Number __[redacted]__, issued at __Passport Agency Washington__ on __17 APR/AVR 96__, to the above-named defendant, was surrendered to the custody of the Clerk of Court on __March 14, 2003__ and the defendant is **not** to apply for the issuance of a passport during the pendency of this action.

The subject passport bears the following additional information regarding the bearer:

Date of Birth: __27 JAN/JAN 68__          Place of Birth: __California, USA__

                                          CLERK, U. S. DISTRICT COURT

Date: __March 14, 2003__                  By: __M Boone__
                                                    Deputy Clerk

Distribution of Notice: Original to Dept. of State; one copy to file; one copy to deft. and one copy to be kept with passport.

---

**RECEIPT**

This will acknowledge receipt of Passport Number _____ previously surrendered to the Clerk of Court pursuant to a prior Order of Court.

Date: _____

                                          SIGNATURE OF OWNER OF PASSPORT

Document used for identification purposes:

_____

Distribution of Receipt: Original to case file; copy to Passport Agency; copy to defendant, if requested.

CR-97 (10/97)        NOTICE OF DELIVERANCE & RECEIPT OF PASSPORT/ABSTRACT OF COURT ORDER