**ORIGINAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

ENTER ON ICMS
APR 9 2003

## CRIMINAL MINUTES - ARRAIGNMENT

CASE NUMBER: 2:03-CR-308          TAPE NUMBER: 4-7-03          DATE: April 7, 2003

PRESENT: THE HONORABLE ROSALYN M. CHAPMAN, U.S. MAGISTRATE JUDGE

COURT CLERK: Maria Cortez          ASSISTANT U.S. ATTORNEY: Rupa Goswami
COURT CLERK: Alex Silverio         ASSISTANT U.S. ATTORNEY: Sheri Pym
INTERPRETER / LANGUAGE:

| UNITED STATES OF AMERICA v. | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| 1. STEVE GOYEN | 1. Pedro Castillo |
| [X] PRESENT [ ] CUSTODY [X] BOND [ ] SUMMONS | [X] PRESENT [ ] CJA [ ] RETAINED [X] DFPD |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

[X] Court orders counsel appointed.    [ ] Possible contribution ordered.    [ ] Filed Waiver of Indictment

[X] Defendant is arraigned and states true name is [X] as charged [ ] _____
[ ] Defendant is arraigned as: _____

[X] Defendant is given a copy of the [ ] _____
   [X] Indictment  [ ] Information, acknowledges receipt of a copy and waives reading thereof.

[ ] Defendant consents to be tried by a U.S. Magistrate Judge and waives trial by jury and case is ordered assigned to Magistrate Judge _____ for plea and all further proceedings.

[ ] Court orders this case assigned to the calendar of _____ U.S. District Judge, for plea
   [ ] of guilty [ ] trial setting; and all further proceedings [ ] _____

[X] Defendant pleads not guilty to all counts of the [ ] _____
   [X] Indictment [ ] Information as charged.   [X] Court orders this case assigned to the calendar of RONALD S.W. LEW, U.S. District Judge, and further orders jury trial set for MAY 27, 2003 at 9:00 AM. Defendant and his counsel are ordered to appear before said judge at the date and time indicated.

[ ] Court orders notice to counsel and discovery and inspection order issued.

[ ] Defendant's first appearance; Defendant posts a [ ] $_____ unsecured Appearance Bond;
   [ ] Personal Recognizance Bond. Court orders Defendant to report to the U.S. Marshal's Office forthwith for processing.

[ ] Other:

(18)

[ ] Trial estimate _____
[ ] Status Conference [ ] Pre-Trial Conference    [X] Motion hearing date is set for: MAY 19, 2003 @10:00AM

Initials of Deputy Clerk ___

cc:    ___ CJA Supv. Attorney    ✓ PSA    ✓ Statistics Clerk    ___ USM ED    ✓ USM LA    ___ USM SA

CR-85 (05/02)                      CRIMINAL MINUTES - ARRAIGNMENT