1 DEBRA W. YANG
United States Attorney
2 STEVEN D. CLYMER
Assistant United States Attorney
3 Chief, Criminal Division
MARK AVEIS (Cal. State Bar No. 107881)
4 Assistant United States Attorney
Terrorism and Organized Crime Section
5     1500 United States Courthouse
    312 North Spring Street
6     Los Angeles, California 90012
    Telephone: (213) 894-4477
7     Facsimile: (213) 894-3713
Attorneys for Plaintiff
8 UNITED STATES OF AMERICA

FILED
CLERK, U.S DISTRICT COURT
SEP 11 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

9                UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA, ) No. CR 03-308-RSWL
                          )
12         Plaintiff, ) <u>REQUEST FOR CONTINUANCE AND</u>
                          ) <u>STIPULATION RE CONTINUANCE OF</u>
13     v. ) <u>TRIAL DATE AND EXCLUSION OF</u>
                          ) <u>TIME PURSUANT TO THE SPEEDY</u>
14 STEVE GOYEN, ) <u>TRIAL ACT; [PROPOSED] ORDER</u>
                          )
15         Defendant. ) Current trial date: 9/16/03
                          ) Proposed trial date: 10/14/03
16 _____)

17     IT IS HEREBY STIPULATED AND AGREED by and between plaintiff

18 United States of America, by and through its counsel of record,

19 Assistant United States Attorney Mark Aveis, and defendant, by

20 and through his counsel of record, that subject to order of this

21 Court, the trial date be continued for 28 days, to October 14,

22 2003, at 9:00 a.m., or as soon thereafter as the court may order,

23 as follows:

24     1. Defendant was initially charged in a complaint filed on

25 March 10, 2003. The complaint also charged two other

26 individuals. Defendant made his first appearance in this case on

27 CC: USPO
28     PSA



US v Goyen CR 03-308-RSWL
Stipulation/Order for Excludable Time

SEP 12 2003

March 12, 2003.

2. Defendant was indicted on April 1, 2003. Trial was first set to commence on May 27, 2003.

3. The indictment charged defendant with 16 counts, including making false statements in connection with the acquisition of firearms, illegal possession of machine guns, and impersonating a federal officer. In essence, the government has alleged that defendant and others forged documents and exceeded their minimal military authority to acquire access to military illegal weapons and military property for personal use.

The parties are negotiating the terms of a plea agreement and expect the negotiations to yield a signed plea agreement and a change of plea within the next two weeks. The additional excludable time is considered necessary to ensure the parties have sufficient time for approval of the plea agreement and for the court to take defendant's plea before the next trial date.

4. One prior continuance has been requested and granted. Defendant has been released on bond and no changes are expected as to the terms or conditions of his bond.

5. Accordingly, it is requested that the current trial date of September 16, 2003 be continued to October 14, 2003 at 9:00 a.m. The continuance is requested so that defendant may, in addition to the reasons stated above, confer with his attorney, further review and evaluate discovery provided by the government in this case and review the plea agreement to be offered by the government in this case.

6. Accordingly, the period from September 16, 2003 to October 14, 2003, inclusive, shall be deemed an excludable period for the following reasons:

    a. The requested continuance is necessary to allow the defense additional time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

    b. The ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    c. The continuance is not based on congestion of the Court's calendar, nor on the lack of diligence on the part of the attorney for the government. 18 U.S.C. § 3161(h)(8)(C).

    d. A failure to grant the continuance would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(i).

7. Defense counsel has conferred with his client regarding the continuance of the trial date and has advised the

///
///
///
///
///
///
///
///
///

```
 1  defendant of his speedy trial rights.   The defendant concurs in
 2  the requested continuance.
 3       IT IS SO STIPULATED.
 4  DATE:  9/9     , 2003          Respectfully submitted,
 5                                  DEBRA W. YANG
                                    United States Attorney
 6
                                    STEVEN D. CLYMER
 7                                  Assistant United States Attorney
                                    Chief, Criminal Division
 8
 9
10                                  By /s/
11                                  MARK AVEIS
                                    Assistant United States Attorney
12
    DATE: _____, 2003
13
14
                                    By /S/
15                                  PEDRO CASTILLO
                                    Attorney for Steve Goyen
16
17       IT IS SO ORDERED.
18
19                                  RONALD S.W. LEW
    DATE: 9-11-03
20                                  RONALD S.W. LEW
                                    UNITED STATES DISTRICT JUDGE
21
```

U S v Goyen CR 03-308-RSWL
4    Stipulation/Order for Excludable Time

defendant of his speedy trial rights. The defendant concurs in the requested continuance

IT IS SO STIPULATED.

DATE: _____, 2003

Respectfully submitted,

DEBRA W. YANG
United States Attorney

STEVEN D. CLYMER
Assistant United States Attorney
Chief, Criminal Division

DATE: 5/9, 2003

By _____
MARK AVEIS
Assistant United States Attorney

By _____
PEDRO CASTILLO
Attorney for Steve Goyen

IT IS SO ORDERED.

DATE: _____

_____
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

U.S. v. Goyen, CR 03-308-RSWL
Stipulation/Order for Excludable Time

CERTIFICATE OF SERVICE

I, Cissye Tyus, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action; That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**Request for continuance and Stipulation Re: Continuance of Trial Date and Exclusion of Time Pursuant to the Speedy Trial Act; {Proposed} Order**

Service was:

[x] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[x] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**Courtesy Copies:**

Ronald S.W. Lew
Spring Street/5th Floor

DFPD
Pedro Castillo

This Certificate is executed on September 10, 2003 at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

Cissye Tyus