PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Steve Goyen

Docket No. CR03-00308-RSWL

### Petition on Probation and Supervised Release (Termination by Death)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Steve Goyen</u> who was placed on supervision by the Honorable <u>Ronald S. W. Lew</u> sitting in the court at <u>Los Angeles</u>, on the <u>13rd</u> day of <u>March</u>, <u>2006</u>, who fixed the period of supervision at <u>three</u> years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(If short insert here; if lengthy write on separate sheet and attach.)

On Februrary 25, 2007, the above-named supervisee died as verified by the Probation Officer.

**PRAYING THAT THE COURT WILL ORDER** supervision terminated.

ORDER OF COURT

Considered and ordered this ___ day of _____, 200_ and ordered filed and made a part of the records in the above case.

_____
Senior U. S. District Judge
Honorable Ronald S. W. Lew

Respectfully,

ALBERTO MARTINEZ-GRANILLO
U. S. Probation Officer
Place West Covina, California

Approved: BRADY McCORD
Supervising U. S. Probation Officer
Date March 12, 2007