

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213)894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714)338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date 2/20/14

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951)328-4450

☒ Department of State
CA/PPT/S/L 4th Floor
1150 Passport Services Place
Dulles, VA 20189-1150

☐ Immigration and Customs Enforcement -DRO
300 North Los Angeles Street, Room 7631
Los Angeles, CA 90012

RE: Unclaimed Passports

Dear Sir/Madam:

The following passport was surrendered to this court as a condition of release for the defendant listed below. The bond has subsequently been exonerated. The defendant has not attempted to pick up the passport. Therefore, we are returning the passport to your office.

| **Case Number** | **Defendant's Name** | **Passport Number** |
|---|---|---|
| CR 3-308-RSWL | Steve Goyen | |

Sincerely,

Clerk, U.S. District Court

By Janet Aghbolaghi
Deputy Clerk

------------------------------------------------------------------------

Acknowledgment Receipt

Please verify receipt of the passport listed above and sign and return a copy of this letter to our office acknowledging the same

Date Received

Signature

Print Name

CR-70 (1/14)                    **LETTER TRANSMITTING UNCLAIMED PASSPORTS**